UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate Case No. 06-31-M |
| ) | |
| BLAKE D. HAMPE ) | |

## MOTION FOR DETENTION

NOW COMES the United States, by and through its attorney, and requests that this Court detain the defendant pursuant to 18 U.S.C. § 3142(f)(1)(A). There is probable cause to believe that the defendant has violated 18 U.S.C. §§ 2252A(a)(1) and 2252A(a)(5)(B). A violation of any felony under chapter 110 of Title 18 is a crime of violence. *See* 18 U.S.C. § 3156(a)(4)(C).

The defendant's violation of 18 U.S.C. § 2252A(a)(1) subjects him to a presumption that no condition or combination of conditions will reasonably assure his appearance as required and the safety of the community. 18 U.S.C. § 3142(e). Any release order must contain, at a minimum, a condition of electronic monitoring and each of the conditions specified at subparagraphs (iv), (v), (vi), (vii), and (viii) of 18 U.S.C. § 3142(c)(1)(B). *See* 18 U.S.C. § 3142(c)(1)(B). The government estimates that it will require ½ hour on its case for detention. The government requests a continuance of three days from the date of the defendant's initial appearance for the hearing to be held.

Dated: September 28, 2006

Respectfully submitted,

PAULA D. SILSBY
United States Attorney

By:

F. Todd Lowell
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, F. Todd Lowell, Assistant United States Attorney, attorney for the United States of America, hereby certify that I have this day served a copy of the foregoing Motion for Detention upon Jeffrey Silverstein, Esq., attorney for the defendant, by mailing a copy of same, First Class Postage Prepaid to his address of

>Russell, Silver and Silverstein
>145 Exchange Street
>Suite 3
>Bangor, Maine 04401-6505

>F. Todd Lowell
>Assistant United States Attorney
>District of Maine
>Margaret Chase Smith Federal Building
>202 Harlow Street, Room 111
>Bangor, Maine  04401

Date:  September 28, 2006