UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CR-07-3-B-W |
| | ) |
| BLAKE D. HAMPE, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on April 18, 2007 her Recommended Decision. The Government filed its objections to the Recommended Decision on April 30, 2007. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Defendant's Motion to Suppress (Docket # 25) is GRANTED IN PART and excluded from introduction into evidence are the Defendant's incriminating statements relating to his uncle, his mother, the presence of child pornography on their computers, and the Defendant's "problem".

3. It is further ORDERED that said Motion to Suppress (Docket # 25) is DENIED IN PART insofar as it asks for the suppression of the files discovered pursuant to the search of the Defendant's computer at the border and for suppression of his initial incriminating statement that his computer contained incriminating pictures of himself and children.

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2007