| D/ME Prob. 22 (Rev 12/09) | | | DOCKET NUMBER *(Trans. Court)* PACTS# 4272 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | 1:07CR00003 - 001 |
| | | | DOCKET NUMBER *(Rec. Court)* CR'11-195-HZ |
| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: Blake D. Hampe | DISTRICT District of Maine | | DIVISION |
| | NAME OF SENTENCING JUDGE John A. Woodcock, Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM July 30, 2010 | TO July 29, 2020 |

OFFENSE:

18:2252A(a)(5)(B)&(b)(2) Possession of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Oregon** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 25, 2011
*Date*

*United States District Judge*

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF OREGON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

5-3-2011
*Effective Date*

*United States District Judge*